**Fidel Cassino-DuCloux**
**Assistant Federal Public Defender**
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Fidel_Cassino-DuCloux@fd.org

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROBERT LOREN FINANDERS,<br><br>                    Defendant. | Nos. 3:20-cr-00099-IM<br>       3:20-cr-00141-IM<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

I, Fidel Cassino-DuCloux, declare:

1. I am counsel of record in the above-referenced cases for the defendant, Robert Loren Finanders.

2. A continuance of the current trial date is requested to continue discovery review, identify necessary research and investigation tasks to be conducted, consult with and effectively advise Mr. Finanders, and adequately prepare the cases.

3.   I have spoken with Mr. Finanders and explained the reasons for requesting a continuance and his rights under the Speedy Trial Act. Mr. Finanders agrees with the reasons for the continuance and waives his rights to a speedy trial.

4.   Assistant United States Attorney William Narus has been contacted and does not object to this continuance.

5.   This declaration is made in good faith and in support of the motion for continuance of the trial date in these cases.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on March 23, 2021, in Portland, Oregon.

/s/ *Fidel Cassino-DuCloux*
Fidel Cassino-DuCloux
Assistant Federal Public Defender